UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Crim. No.: 2:23-CR-108-2 |
| JEREMY WHITE, | ) |
| Defendant | ) |

## GOVERNMENT'S SENTENCING MEMORANDUM

Between March 2020 and October 2023, Jeremy White was one of the leaders of a drug conspiracy that trafficked large quantities of cocaine, cocaine base and fentanyl, and numerous firearms between Hartford, Connecticut and Brattleboro, Vermont. This memorandum describes that conduct and requests the Court impose a sentence consistent with the seriousness of his conduct as reflected by the Guidelines calculation and, in any event, not less than 144 months.[1]

**I.    FACTS**

Around the start of COVID (March 2020), Linoshka Barbosa and Jeremy White, both from Hartford, Connecticut, started to come to the Brattleboro area of Vermont to sell drugs. Initially, Barbosa was travelling to Vermont by bus. However, in approximately 2021, Barbosa and White began to pay an Uber driver named Michael Deming to bring them to and from Vermont. The Vermont drug operation was run by Barbosa; the Hartford end of the operation run by Jeremy White. Over time, White and Barbosa enlisted other people from Hartford to come to Vermont to help them sell drugs, namely, Nathan Delgado a.k.a. "Black," Jason White a.k.a. "Baby J" and

---

[1] As a preliminary matter, the government joins the defense in its request that the Court not consider Exhibit A to the defendant's sentencing memorandum. Exhibit A was just provided to the government on June 24, 2025. In exchange for the Court not considering the findings and opinions contained within Exhibit A, the government has agreed not to call witnesses to refute those findings and opinions.

1

"Jay," Elias Lopez a.k.a. "Louis" and "Joey," Angel Cruz a.k.a. "A" (Barbosa's boyfriend) and Jayden Rios a.k.a. "X" (hereinafter the Hartford distributors).

The Hartford distributors were all members of a violent gang called "GMS," which stands for "Get Money Steppas." Several members of this gang have been involved in armed robberies, shootings, and homicides in Hartford, and several of them, including Jeremy White, have current charges pending for these crimes. *See* PSR ¶¶ 107-108, 110. The Hartford group had numerous suppliers including Gina Colon a.k.a. "Chunga" (Angel Cruz's mother) and Leonard White Sr. (Jeremy White's father). Zoquia Barbosa, Linoshka Barbosa's mother, was also involved in securing product for the group and would assist Barbosa in maintaining and laundering the drug proceeds.

The coconspirators operated by using several different locations in Brattleboro from which to sell their drugs. The main location was 33 Oak Street #4, which was the residence of the Neilena Bollman. Barbosa sold drugs out of Bollman's residence longer than she did at any other location and the quantity of drugs sold from that location was considerable. Other locations included: 84 Linden Street (the address of an August 2023 search warrant which led to federal charges against Elias Lopez, Michael White, William Roy and Addyson Morgan), 14 Birge Street (the location of a March 30, 2023 homicide involving Elias Lopez), and 135 Elliot Street. The group operated by employing one or two individuals from the Brattleboro area to "work the door." The person working the door would answer the door to a prospective drug customer, determine what they wanted to purchase, and then pass that information on to the Hartford distributor. The person would then get the drugs from the Hartford distributor and provide those drugs to the customer in exchange for money. Local distributors for Barbosa included: Steven Holway, Addyson Morgan, William Roy and Michael White.

In the fall of 2022, ATF agents in Hartford initiated a trace request for a Glock 9mm pistol. It was determined that the firearm had been purchased in July 2022 by a person in Hinsdale, New Hampshire. In November 2022, another trace request was conducted after another Glock 9mm had been recovered at the scene of a homicide in Hartford. The trace for that firearm came back to a second person in the Hinsdale area, and this person was the boyfriend of the first person.

On November 16, 2022, ATF investigators interviewed the Hinsdale purchasers about the Glocks and those interviews revealed that a person by the name of "Lily" or "Lilz" a.k.a. Linoshka Barbosa, was selling drugs in Brattleboro and enlisting drug users to buy guns for her. Barbosa would give the user cash to pay for the guns and once the user returned to her with the guns, Barbosa would also give them drugs.

This information touched off the drug and firearm investigation that followed. In 2023, law enforcement conducted 17 controlled buys into members of the group, including controlled buys directly into Barbosa, Delgado, Jason White, Holway, Elias Lopez, William Roy, and Addyson Morgan. Law enforcement also conducted search warrants, and recovered drugs and firearms, from 33 Oak Street #4, 14 Birge Street and 84 Linden Street. Unfortunately, these searches did nothing to deter the drug trafficking activities—the coconspirators simply left the residence that had been searched and they moved onto another residence. For example, on March 9, 2023, law enforcement searched 33 Oak Street #4 and recovered crack cocaine, fentanyl, cash and a Glock 9mm pistol. Numerous people were inside the house at the time of the search, including, Neilana Bollman, Elias Lopez and Jayden Rios. Despite that search and the recovery of drugs and a firearm, the group moved onto 14 Birge Street. Three weeks later, while Elias Lopez, Jayden Rios, Neilena Bollman and others were still at 14 Birge Street, Lopez shot and a killed a person during a failed drug robbery. After the homicide, the group (with the exception of Bollman, who left the

3

conspiracy after the homicide) moved locations again and ultimately ended up at 84 Linden Street. During an August 2023 search warrant at 84 Linden Street, Lopez, Rios, William Roy, Addyson Morgan and Michael White were all at the house and investigators again recovered cash, crack cocaine, over 100 rounds of various ammunition and a Glock 9mm pistol.

In addition to the large quantity of drugs sold by the coconspirators, the Hartford distributors, including Jeremy White, regularly possessed and traded drugs for guns. Guns were an integral part of the drug conspiracy and many of the guns found in, and/or purchased in, Vermont were later connected to shootings in Hartford. For example, in the early morning hours of August 11, 2023, there was a fatal shooting on a street corner in Hartford. Over one hundred rounds were expelled during the shooting and two men died. Some of the casings were submitted to the National Integrated Ballistics Information Network (NIBIN) and it was determined that one of the firearms used in the shooting was also used in the Birge Street homicide on March 30, 2023 involving Elias Lopez. In addition, on August 17, 2023, investigators recovered a Glock 9mm during the search of 84 Linden Street. Investigation revealed that it had originally been purchased in 2022 by one of Hinsdale purchasers who later traded the gun to Barbosa. NIBIN then determined that the Linden Street gun had been used in three other "shots fired" shootings in Hartford, all of which occurred between July 2022 and August 2023.

I.  **CHARGES, PLEA AND PSR**

In November 2023, Jeremy White was charged, along with his coconspirators, with conspiracy to distribute fentanyl and cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C), and possession of firearms in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 941(c)(1)(A). On December 16, 2024, White pleaded guilty to those charges pursuant to a plea agreement. White has been detained throughout these proceedings.

The PSR for White calculates the base offense level as 36 (30,000-90,000 CDW), and after +4 for role in the offense and -3 for acceptance, the PSR's total offense level is 37. In the plea agreement, the government agreed not to oppose a variance from the guideline range to treat cocaine base as powder cocaine. Therefore, if the same quantity were calculated using powder cocaine, the base offense level would be 34 and after the four-level enhancement and acceptance, the total offense level would be 35. In criminal history category I, White's PSR guideline imprisonment range on the drug conspiracy charge would be 168-210 months. After adding 60 months for the 924(c) charge, his total guideline imprisonment range would be 228-270 months.

The government does not have any objections to the PSR and the Court is urged to adopt the PSR for the purpose of sentencing. The defendant has no objection to the facts in the PSR, but he objects to the four-level aggravating role enhancement and instead suggests that the two-level enhancement should be applied. White appears to agree that he was an "organizer, leader, manager, or supervisor" pursuant to USSG § 3B1.1(c), but claims he was not an organizer, leader, manager or supervisor of five or more participants. This request should be denied.

The evidence in the case and the PSR establish that Jeremy White, along with Linoshka Barbosa, ran this conspiracy. In early 2020, White and Barbosa came to Vermont to sell drugs. Early in the conspiracy, White supplied Barbosa with drugs that White obtained from his father, Leonard White Sr. Over time, White stayed primarily in Hartford to deal with the Hartford end of the operation and Barbosa stayed in Vermont. This explains why the Vermont witnesses largely talk about Barbosa's leadership in Vermont—Barbosa was the person they primarily dealt with because she was regularly in Vermont. However, White recruited his friends and other GMS gang members, such as Nathan Delgado, Jason White, Elias Lopez and Jayden Rios, to go to Vermont to sell for the group. These were people originally connected to White, not Barbosa, and it is not

correct to claim he had no involvement in their participation in the conspiracy. White was, in fact, the reason Delgado, Jason White, Elias Lopez and Jayden Rios were in Vermont. In addition, when White was in Vermont, he took on the same role as held by Barbosa, as the leader of the conspiracy in Vermont. White's role in this case was the same as Barbosa's, with the exception of the fact that White largely operated out of Hartford instead of Vermont. This means that his leadership role involved well over five participants, consistent with USSG § 3B1.1(a). As such, he should receive the same four-level role enhancement as Barbosa.

## II.    SENTENCING RECOMMENDATION

Considering the factors found at 18 U.S.C. § 3553(a), the government urges the Court to impose a sentence of not less than 144 months. The nature and circumstance of the offense, along with the seriousness of the offense, all support the requested sentence. 18 U.S.C. §§ 3553(a)(1), (a)(2)(A). This drug conspiracy, led by White and Barbosa, literally took over Brattleboro for over three years. It is impossible to calculate the harm caused to the Brattleboro community or the number of lives affected by this crime, and it is unfortunately not likely that Brattleboro will recover anytime soon. During the conspiracy, numerous firearms were trafficked to Hartford and used in gang violence, and one person in Vermont was killed during a drug dispute. White's involvement in the conspiracy was extensive and serious, and his sentence should reflect that fact.

White has no criminal convictions and this is a factor weighing in his favor. However, his pending charges give this Court a window into his dangerousness. *See* 18 U.S.C. § 3553(a)(1). While participating in the Vermont drug conspiracy, White, along with Nathan Delgado, were involved in a violent gang dispute. PSR ¶ 107. White was armed and during the offense he threatened one of the victims with a firearm. White was arrested, lodged on a $1,000,000 surety bond, and later released on 24-hour home detention with GPS monitoring. Then, despite the

seriousness of that conduct, in April 2023, police searched the residence where White was staying with his girlfriend and found, among other things, cocaine and two Glock pistols. PSR ¶ 108. These charges are still pending.

In addition, after White's arrest in this case, White (along with 13 other gang members) was charged in Hartford, Connecticut with violating the Corrupt Organization and Racketeering Activity Act. PSR ¶ 110. The crime he is charged with is Connecticut's version of RICO. According to an April 2024 press conference, this charge relates to GMS's involvement in multiple homicides, shootings, acts of retaliatory violence, drug dealing, vehicle thefts, and arson. *See 'Get Money Steppas' group busted by Hartford police for murder racketeering, drugs*, WFSB-Eyewitness News (April 10, 2024) https://www.wfsb.com/2024/04/10/get-money-steppas-group-busted-by-hartford-police-murder-racketeering-drugs.

This history for White is extraordinarily serious. There is little question that White is dangerous, as demonstrated by his involvement in drugs, firearms and the pending charges. He also committed this crime not out of desperation or drug addiction, but because of greed and his involvement in GMS. White poses a considerable risk going forward, especially given his age and gang connections. These factors, perhaps more than anything, support the requested sentence.[2]

---

[2] The government urges the Court to deny the defendant's request to "consider the likelihood of another sentence being imposed in Connecticut as a factor in the sentence here." Def. Sent. Memo at 12. The charges in Connecticut are different and involve conduct far more egregious such as murder and racketeering. The government is not asking this Court to consider White's conduct involving murder or racketeering in Connecticut as part of his sentence here. Therefore, there is little likelihood of White being sentenced for the same conduct twice. In any event, White has not yet been arraigned on the charges in Connecticut and it is unknown at this point whether White will ever be convicted and sentenced on the Connecticut charges. If he is convicted at some point, the state court in Connecticut will be the most appropriate venue to address any argument about being punished twice for the same conduct.

Finally, in terms of relative culpability in the offense, White concedes that his sentence should be higher than that of Nathan Delgado, Jason White and Steven Holway. White does not explain why he should receive a higher sentence then Delgado and Jason White, but it is clear he acknowledges he held a higher position in the conspiracy. This is important because at the same time, he claims his sentence should be "significantly lower than Linoshka Barbosa's." Def. Sent. Memo at 10. This request should be denied.

There is no question that Barbosa held a leadership position in this conspiracy, but White held an equal role. Barbosa spent large amounts of time in Vermont, as verified by the witnesses, and with the amount of drugs and firearms being trafficked between Hartford and Vermont, someone else needed to run the Hartford end of the conspiracy. That person was Jeremy White. White was involved in the conspiracy from the beginning; he was a GMS member who recruited other GMS members to sell drugs in Vermont; and his father was one of the main suppliers for the drugs coming to Vermont. With these facts, White's pending criminal history, his violence and his role in the offense, he should not receive a sentence a lower than Linoshka Barbosa. *See* 18 U.S.C. § 3553(a)(6) (citing the need to avoid unwarranted sentencing disparities).

### III.    CONCLUSION

Based on the foregoing, the government urges the Court to impose an overall sentence of not less than 144 months, to be followed by four years of supervised release, and a $100 special assessment. This sentence would promote respect for the law, provide for just punishment, and send a deterrent message to those in Hartford seeking to come to Vermont to sell drugs and acquire firearms. *See* 18 U.S.C. §§ 3553(a)(2)(A), (B).

Dated at Burlington, Vermont, this 3rd day of July 2025.

                                             UNITED STATES OF AMERICA

                                             MICHAEL P. DRESCHER
                                             Acting United States Attorney

By:    */s/ Wendy L. Fuller*
          WENDY L. FULLER
          Assistant U.S. Attorney

9